1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CORBY SARGENT,

11          Petitioner,                    No. CIV S-08-3157 MCE EFB P

12      vs.

13   MICHAEL MARTHELL,

14          Respondent.                    ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On December 21, 2009, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty-one days.

22   Petitioner has filed objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed December 21, 2009, are adopted in

3    full;

4        2.  Respondent's August 31, 2009 motion to dismiss is granted;

5        3.  Petitioner's September 14, 2009 motion to stay the petition is denied;

6        4.  The Clerk is directed to close the case; and

7        5.  The court declines to issue a certificate of appealability.

8    Dated:  February 26, 2010

9

10    MORRISON C. ENGLAND, JR.
      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26